FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 15 2019

Margaret Botkins, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number: 5:19-po-00680-MLC |
| v. | ) | |
| | ) | |
| DARRYN S SEVERINE | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION TO REVOKE PROBATION**

Defendant, after pleading guilty to 36 C.F.R. § 4.2(b) WS 31-4-103 Failure to Maintain Liability Coverage and 36 C.F.R. § 2.31(a)(3) Vandalism was sentenced to twenty four (24) months of unsupervised probation. The condition of probation are as follows:

- No violations of Federal, State, Local, or Tribal Law or Regulations

On August 23, 2019 SEVERINE came to the Old Faithful Ranger Station to receive his keys for his vehicle which was secured at the time arrest. Since the time of his release on August 23, 2019 and arriving at the Ranger Station, SEVERINE had found a Xanterra employee who was apparently willing to drive him and his vehicle to Colorado as SEVERINE's driver's license is currently suspended and he does not have liability insurance. Rangers ensured the Xanterra employee had a valid driver's license and signed over SEVERINE's keys to the Xanterra employee.

The Ranger reiterated to SEVERINE that he was not allowed to drive his vehicle and only the Xanterra employee would be allowed to drive. SEVERINE, the Xanterra employee, and several others told the Ranger they were going on a hike and began walking toward the government area.

In a subsequent interview with the Xanterra employee, he stated that after walking approximately 100 yards SEVERINE grabbed his keys from the Xanterra employee and ran into the woods stating his brother was going to pick him up. SEVERINE was then seen driving his vehicle out of the West Lot at Old Faithful by himself.

Pursuant to the conditions of his probation, Defendant has violated his terms of probation by operating a motor vehicle with a suspended driver's license and without having liability insurance.

Defendant's actions constitute a violation of the conditions of his probation. Accordingly, the United States petitions the Court to revoke Defendant's probation.

DATED this 26 day of August 2019.

Respectfully submitted,

MARK A. KLAASSEN
United States Attorney

By: *Francis Leland Pico /s/ KMN*
FRANCIS LELAND PICO
Assistant United States Attorney